**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Norman Stuckey,<br><br>        Plaintiff,<br><br>v.<br><br>Jennifer Leath, et al.,<br><br>        Defendants. | No. CV-18-03213-PHX-JAT<br><br>**ORDER** |

"Inquiring whether the court has jurisdiction is a federal judge's first duty in every case." *Belleville Catering Co. v. Champaign Market Place, L.L.C.*, 350 F.3d 691, 693 (7th Cir. 2003). In this case, the complaint fails to sufficiently plead jurisdiction. *See* 28 U.S.C. § 1332.

Specifically, the complaint fails to plead the citizenship of the Plaintiff. *See* 28 U.S.C. § 1332(c)(2)(discussing the citizenship of an estate).[1] It also fails to plead the citizenship of Defendant Steven F. Meadows. Finally, it fails to plead the citizenship of the Defendant Limited Liability Partnership. *Carden v. Arkoma Associates*, 494 U.S. 185, 195-96 (1990) (discussing the citizenship of limited partnerships).

Based on the foregoing,

**IT IS ORDERED** that by November 13, 2018, Plaintiff shall file a supplement to the complaint properly pleading federal subject matter jurisdiction or this case will be

---

[1] Although the caption says Plaintiff is suing in his individual capacity, the jurisdiction section of the complaint says he is suing in his capacity as personal representative of an estate. (Doc. 1 at 4).

dismissed, without prejudice.

Dated this 5th day of November, 2018.

James A. Teilborg
Senior United States District Judge